IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

IAN GARLAND,

    Petitioner,

  vs.                                           No. 13-cv-00496 RB/GBW
                                                 No. 11-cr-00487 RB

UNITED STATES,

    Respondent.

**MOTION FOR LEAVE TO ENTER LIMITED
ENTRY OF APPEARANCE FOR THE SOLE PURPOSE OF
FILING A § 2255 MOTION PREPARED PRO BONO AND RELATED MOTION**

      Todd A. Coberly respectfully requests the Court's leave to enter a Limited Entry of Appearance pursuant to D.N.M.LR-Cr. 44.1(h).  This limited appearance would be for the sole purpose of acknowledging counsel's pro bono role in preparing Ian Garland's pro se 28 U.S.C. § 2255 Motion,[1] and for filing Mr. Garland's accompanying Motion for Appointment of CJA Counsel.  Pursuant to D.N.M.LR-Cr. 44.1(a), the information necessary to file a limited entry of appearance is:

Todd A. Coberly
Coberly & Attrep, LLLP
1322 Paseo de Peralta
Santa Fe, NM  87501
(505) 989-1029
(505) 629-1560 (f)
tcoberly@cna-law.com

                                                                     Respectfully submitted,

---

[1]     In *Duran v. Carris*, the Tenth Circuit held that "any ghostwriting of an otherwise pro se brief must be acknowledged by the signature of the attorney involved."  238 F.3d 1268, 1273 (10th Cir. 2001).

2

                                /s/ *Todd A. Coberly*
                                Todd A. Coberly
                                1322 Paseo de Peralta
                                Santa Fe, NM  87501
                                (505) 989-1029

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of May, 2013, I filed the foregoing using the CM/ECF system, which will electronically send notification of such filing to all counsel of record.

                                /s/ *Todd A. Coberly*
                                Todd A. Coberly